July 13, 2010


Marshall Moore Slayton
420 Park Street,
Charlottesville, VA  22902-4738

Re:  Michael Edward Stone and Malerie Faith Stone, Debtors // To: CT Corporation

Case No.  08-50836

Dear Sir/Madam:

We are herewith returning the Order which we received regarding the above captioned matter.

In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,



Malina Scott
Fulfillment Specialist

Log# 516931116

FedEx Tracking# 790227881325

cc:  United States Bankruptcy Court- Harrisonburg Division
     116 N. Main, Rm.,
     Harrisonburg, VA  22801

